Hearing Date: October 27, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 613;
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Quezada, Julio C | § | Case No. 10-35936 |
| Quezada, Glenda P | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-35936   JPC   Judge: Jacqueline P. Cox | Trustee Name:  Joseph A. Baldi, Trustee |
| Case Name: | Quezada, Julio C | Date Filed (f) or Converted (c): 08/11/10 (f) |
| | Quezada, Glenda P | 341(a) Meeting Date: 09/16/10 |
| For Period Ending: | 08/31/11 | Claims Bar Date: 03/01/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence: Location: 6161 N. Naper Avenue | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 9445 Kenton, #407, Skokie, Illinois, 60076 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 1564 A Forest Lake Circle, West Palm Beach, Florid | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Debtor's person | 40.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Lincoln Park Savings | 250.00 | 0.00 | | 0.00 | FA |
| 6. Savings account - Lincoln Park Savings | 30.00 | 0.00 | | 0.00 | FA |
| 7. Checking account - Central Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 8. Checking account - U.S. Employee Credit Union | 306.00 | 0.00 | | 0.00 | FA |
| 9. 1 computer, printer and monitor, 4 TV's, 1 DVD pla | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous pictures | 300.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 12. 1 fur, miscellaneous costume jewelry, 1 necklace, | 750.00 | 0.00 | | 0.00 | FA |
| 13. 1 digital camera, 1 bike | 150.00 | 0.00 | | 0.00 | FA |
| 14. Roth IRA with Fidelity | 23,000.00 | 0.00 | | 0.00 | FA |
| 15. 401(k) - Prudential | 150.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Honda CRV (43,000 miles) | 10,000.00 | 2,000.00 | | 2,000.00 | FA |
| 17. 2003 Maxima (130,000 miles) | 2,500.00 | 2,000.00 | | 2,000.00 | FA |
| 18. 2005 Toyota 4 Runner (50,000 miles) | 14,000.00 | 10,000.00 | | 10,000.00 | FA |
| 19. 1 desk, 1 chair, 1 file cabinet | 150.00 | 0.00 | | 0.00 | FA |
| 20. 1 barbeque grill, 1 lawnmower, patio furniture and | 400.00 | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | Unknown |
| TOTALS (Excluding Unknown Values) | $754,676.00 | $14,000.00 | | $14,000.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-35936   JPC   Judge: Jacqueline P. Cox | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | Quezada, Julio C | Date Filed (f) or Converted (c): 08/11/10 (f) |
| | Quezada, Glenda P | 341(a) Meeting Date: 09/16/10 |
| | | Claims Bar Date: 03/01/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated vehicles

Initial Projected Date of Final Report (TFR): 08/31/11     Current Projected Date of Final Report (TFR): 08/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35936 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Quezada, Julio C | Bank Name: | Bank of America, N.A. |
| | Quezada, Glenda P | Account Number / CD #: | *******7220 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9264 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/19/11 | * NOTE * | Julio C Quezada 6161 N. Naper Avenue Chicago, IL 60631 | SALE OF PERSONAL PROPERTY * NOTE * Properties 16, 17, 18 | 14,000.00 | | | | | 14,000.00 |
| 07/29/11 | 21 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 14,000.03 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Account *******7220 | | Balance Forward | 0.00 | 0 Checks | 0.00 |
| | 1 | Deposits | 14,000.00 | 0 Adjustments Out | 0.00 |
| | 1 | Interest Postings | 0.03 | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 14,000.03 | | |
| | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 14,000.03 | | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-35936 | | Page 1 | | | Date: August 31, 2011 |
| Debtor Name: | Quezada, Julio C | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $2,150.00 | $2,150.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $915.50 | $915.50 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,354.65 | $7,825.16 | $7,825.16 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,681.53 | $2,989.92 | $2,989.92 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $147.11 | $147.11 |
| 000004<br>070<br>7100-00 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $383.02 | $527.72 | $527.72 |
| 000005<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $0.00 | $453.60 | $453.60 |
| 000006<br>070<br>7100-00 | SALLIE MAE C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Unsecured | | $7,430.00 | $8,807.12 | $8,807.12 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,583.30 | $1,736.13 | $1,736.13 |
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,704.16 | $4,906.00 | $4,906.00 |
| 000009<br>070<br>7100-00 | Elan Financial Services as servicer for<br>USECU<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $2,693.70 | $2,722.64 | $2,722.64 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-35936 | | Page 2 | | Date: August 31, 2011 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | Quezada, Julio C | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| | Case Totals: | | | $26,830.36 | $33,180.90 | $33,180.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35936
Case Name: Quezada, Julio C
           Quezada, Glenda P
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000004 | American Infosource Lp As Agent for | $ | $ | $ |
| 000005 | Chase Bank USA,N.A | $ | $ | $ |
| 000006 | SALLIE MAE C/O SALLIE MAE, Inc. | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | Elan Financial Services as servicer for USECU | $ | $ | $ |

      Total to be paid to timely general unsecured creditors     $_____

      Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE