Hearing Date: October 27, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Quezada, Julio C | § | Case No. 10-35936 |
| Quezada, Glenda P | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

9:30 a.m.
on Thursday, October 27, 2011
in Courtroom 619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Quezada, Julio C § Case No. 10-35936
Quezada, Glenda P §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,000.03 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 14,000.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 915.50 | $ 0.00 | $ 915.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,065.50 |
| Remaining Balance | | $ | 10,934.53 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,115.40 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,825.16 | $ 0.00 | $ 2,841.22 |
| 000002 | Chase Bank USA, N.A. | $ 2,989.92 | $ 0.00 | $ 1,085.60 |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ 147.11 | $ 0.00 | $ 53.41 |
| 000004 | American Infosource Lp As Agent for | $ 527.72 | $ 0.00 | $ 191.61 |
| 000005 | Chase Bank USA,N.A | $ 453.60 | $ 0.00 | $ 164.70 |
| 000006 | SALLIE MAE C/O SALLIE MAE, Inc. | $ 8,807.12 | $ 0.00 | $ 3,197.76 |
| 000007 | American Express Centurion Bank | $ 1,736.13 | $ 0.00 | $ 630.37 |
| 000008 | American Express Bank, FSB | $ 4,906.00 | $ 0.00 | $ 1,781.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Elan Financial Services as servicer for USECU | $ 2,722.64 | $ 0.00 | $ 988.55 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,934.53 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: lhatch | Date Created: 9/26/2011 |
| Case: 10−35936 | Form ID: pdf006 | Total: 34 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julio C Quezada | 6161 N. Naper Avenue | Chicago, IL 60631 | |
| jdb | Glenda P Quezada | 6161 N. Naper Avenue | Chicago, IL 60631 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Lester A Ottenheimer, III | Ottenheimer Teplinsky &Rosenbloom, LLC | 750 Lake Cook Rd − Ste 140 | Buffalo Grove, IL 60090 |
| 15982253 | American Express | PO Box 0001 | Los Angeles, CA 90096 | |
| 16761923 | American Express Bank, FSB | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 16757556 | American Express Centurion Bank | c o Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 17542533 | American InfoSource LP as agent for Citibank N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 | |
| 16627181 | American Infosource Lp As Agent for | Citibank (South Dakota) N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 |
| 16648688 | American Infosource Lp As Agent for | Target | PO Box 248866 | Oklahoma City, OK 73124−8866 |
| 15982254 | Cardmember Service | PO Box 790408 | Saint Louis, MO 63179 | |
| 15982255 | Carnival Card Services | PO Box 13337 | Philadelphia, PA 19101 | |
| 15982256 | Chase | PO Box 15153 | Wilmington, DE 19886 | |
| 16534927 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 16674998 | Chase Bank USA,N.A | c/o Creditors Bankruptcy Service | P O Box 740933 | Dallas,Tx 75374 |
| 15982257 | Chase Home Finance | P.O. Box 78420 | Phoenix, AZ 85062 | |
| 15982258 | Citimortgage | c/o Codilis &Associates | 15W030 North Frontage Rd., #100 | Willowbrook, IL 60527 |
| 15982259 | Direct TV | PO Box 78626 | Phoenix, AZ 85062 | |
| 15982260 | Discover | PO Box 6103 | Carol Stream, IL 60197 | |
| 16502126 | Discover Bank | Dfs Services LLC | PO Box 3025 | New Albany, OH 43054−3025 |
| 16795556 | Elan Financial Services as servicer for USECU | P.O. Box 5229 | Cincinnati, OH 45201 | |
| 15982263 | HSBC Card Service | PO Box 17298 | Baltimore, MD 21297 | |
| 15982261 | Historic Memorial Hospital | 2727 Paysphere Circle | Chicago, IL 60674 | |
| 15982262 | Home Depot Credit Services | Processing Center | Des Moines, IA 50364 | |
| 15982264 | Kenton Park Condominium Assoc. | c/o Rosen Management Services | 6310 N. Lincoln Avenue | Chicago, IL 60659 |
| 15982265 | Kohl's Payment Center | PO Box 2983 | Milwaukee, WI 53201 | |
| 15982266 | Macy's | PO Box 689195 | Des Moines, IA 50368 | |
| 15982267 | Quality Healthcare | 525 W. Gold Road | Arlington Heights, IL 60005 | |
| 16683213 | SALLIE MAE C/O SALLIE MAE, Inc. | 220 LASLEY AVE. | WILKES BARRE, PA 18706 | |
| 15982270 | SLS | 8742 Lucent Blvd, #300 | Highlands Ranch, CO 80129 | |
| 15982268 | Sallie Mae | PO Box 4600 | Wilkes Barre, PA 18773 | |
| 15982269 | Saxon | 3701 Regent Blvd | Irving, TX 75063 | |
| 15982271 | Target National Bank | PO Box 59317 | Minneapolis, MN 55459 | |

TOTAL: 34

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-35936-JPC
Julio C Quezada                                                 Chapter 7
Glenda P Quezada
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 2              Date Rcvd: Oct 03, 2011
                              Form ID: pdf002           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2011.
```
db/jdb     +Julio C Quezada,    Glenda P Quezada,    6161 N. Naper Avenue,    Chicago, IL 60631-2658
15982253   +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
16761923    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16757556    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17542533    American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
15982255   +Carnival Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
15982256   +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
16534927    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16674998   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15982257   +Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ 85062-8420
15982258   +Citimortgage,   c/o Codilis & Associates,    15W030 North Frontage Rd., #100,
             Willowbrook, IL 60527-6921
15982259   +Direct TV,   PO Box 78626,    Phoenix, AZ 85062-8626
16795556   +Elan Financial Services as servicer for USECU,    P.O. Box 5229,    Cincinnati, OH 45201-5229
15982263   +HSBC Card Service,    PO Box 17298,    Baltimore, MD 21297-1298
15982261   +Historic Memorial Hospital,    2727 Paysphere Circle,    Chicago, IL 60674-0001
15982262   +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
15982264   +Kenton Park Condominium Assoc.,    c/o Rosen Management Services,    6310 N. Lincoln Avenue,
             Chicago, IL 60659-1214
15982266   +Macy's,   PO Box 689195,    Des Moines, IA 50368-9195
15982267   +Quality Healthcare,    525 W. Gold Road,    Arlington Heights, IL 60005-3904
16683213   +SALLIE MAE C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1430
15982270   +SLS,   8742 Lucent Blvd, #300,    Highlands Ranch, CO 80129-2386
15982269   +Saxon,   3701 Regent Blvd,    Irving, TX 75063-2296
15982271   +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
15982254  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16627181      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2011 05:02:53
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
16648688      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2011 04:52:50
              American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15982260     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2011 04:54:36     Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
16502126      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2011 04:54:36     Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
15982265     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 04 2011 03:54:25     Kohl's Payment Center,   PO Box 2983,
              Milwaukee, WI 53201-2983
15982268      E-mail/PDF: pa_dc_claims@salliemae.com Oct 04 2011 05:06:01     Sallie Mae,   PO Box 4600,
              Wilkes Barre, PA 18773
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Oct 03, 2011
                              Form ID: pdf002           Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**                    **Signature:**   *Joseph Speetjens*