# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Quezada, Julio C | § | Case No. 10-35936 |
| Quezada, Glenda P | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on        .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance P.O. Box 78420 Phoenix, AZ 85062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage c/o Codilis & Associates 15W030 North Frontage Rd., #100 Willowbrook, IL 60527 | | | | | |
| | SLS 8742 Lucent Blvd, #300 Highlands Ranch, CO 80129 | | | | | |
| | Saxon 3701 Regent Blvd Irving, TX 75063 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carnival Card Services PO Box 13337 Philadelphia, PA 19101 | | | | | |
| | Direct TV PO Box 78626 Phoenix, AZ 85062 | | | | | |
| | HSBC Card Service PO Box 17298 Baltimore, MD 21297 | | | | | |
| | Historic Memorial Hospital 2727 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kenton Park Condominium Assoc. c/o Rosen Management Services 6310 N. Lincoln Avenue Chicago, IL 60659 | | | | | |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201 | | | | | |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201 | | | | | |
| | Macy's PO Box 689195 Des Moines, IA 50368 | | | | | |
| | Quality Healthcare 525 W. Gold Road Arlington Heights, IL 60005 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000009 | ELAN FINANCIAL SERVICES AS SERVICER | | | | | |
| 000006 | SALLIE MAE C/O SALLIE MAE, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-35936 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Quezada, Julio C | | | | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | Quezada, Glenda P | | | | 341(a) Meeting Date: | 09/16/10 |
| For Period Ending: | 12/12/11 | | | | Claims Bar Date: | 03/01/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Debtor's residence: Location: 6161 N. Naper Avenue | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 9445 Kenton, #407, Skokie, Illinois, 60076 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 1564 A Forest Lake Circle, West Palm Beach, Florid | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Debtor's person | 40.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Lincoln Park Savings | 250.00 | 0.00 | | 0.00 | FA |
| 6. Savings account - Lincoln Park Savings | 30.00 | 0.00 | | 0.00 | FA |
| 7. Checking account - Central Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 8. Checking account - U.S. Employee Credit Union | 306.00 | 0.00 | | 0.00 | FA |
| 9. 1 computer, printer and monitor, 4 TV's, 1 DVD pla | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous pictures | 300.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 12. 1 fur, miscellaneous costume jewelry, 1 necklace, | 750.00 | 0.00 | | 0.00 | FA |
| 13. 1 digital camera, 1 bike | 150.00 | 0.00 | | 0.00 | FA |
| 14. Roth IRA with Fidelity | 23,000.00 | 0.00 | | 0.00 | FA |
| 15. 401(k) - Prudential | 150.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Honda CRV (43,000 miles) | 10,000.00 | 2,000.00 | | 2,000.00 | FA |
| 17. 2003 Maxima (130,000 miles) | 2,500.00 | 2,000.00 | | 2,000.00 | FA |
| 18. 2005 Toyota 4 Runner (50,000 miles) | 14,000.00 | 10,000.00 | | 10,000.00 | FA |
| 19. 1 desk, 1 chair, 1 file cabinet | 150.00 | 0.00 | | 0.00 | FA |
| 20. 1 barbeque grill, 1 lawnmower, patio furniture and | 400.00 | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.40 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $754,676.00 | $14,000.00 | | $14,000.40 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-35936    JPC    Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Quezada, Julio C | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | Quezada, Glenda P | 341(a) Meeting Date: | 09/16/10 |
| | | Claims Bar Date: | 03/01/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated vehicles; TFR filed 9/27/11; final hearing held; final distribution made

Initial Projected Date of Final Report (TFR): 08/31/11          Current Projected Date of Final Report (TFR): 08/31/11

Ver: 16.04e

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-35936  -JPC |
| Case Name: | Quezada, Julio C |
| | Quezada, Glenda P |
| Taxpayer ID No: | *******9264 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7220  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/19/11 | * NOTE * | Julio C Quezada 6161 N. Naper Avenue Chicago, IL  60631 | SALE OF PERSONAL PROPERTY * NOTE *  Properties 16, 17, 18 | 14,000.00 | | | | | 14,000.00 |
| 07/29/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | | 0.03 | | | | 14,000.03 |
| 08/31/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | | 0.13 | | | | 14,000.16 |
| 09/30/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | | 0.12 | | | | 14,000.28 |
| 10/31/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | | 0.12 | | | | 14,000.40 |
| 11/01/11 | | Transfer to Acct #*******7369 | Final Posting Transfer | | | | | -14,000.40 | 0.00 |

| Account  *******7220 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 14,000.00 | 0 | Checks | 0.00 |
| 4 | Interest Postings | 0.40 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 14,000.40 |
| | Subtotal | $   14,000.40 | | | |
| | | | | Total | $   14,000.40 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $   14,000.40 | | | |

Page:   2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-35936  -JPC |
| Case Name: | Quezada, Julio C |
| | Quezada, Glenda P |
| Taxpayer ID No: | *******9264 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7369  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/01/11 | | Transfer from Acct #*******7220 | Transfer In From MMA Account | | | | | 14,000.40 | 14,000.40 |
| 11/01/11 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 2,150.00 | | | 11,850.40 |
| 11/01/11 | 001002 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 915.50 | | | 10,934.90 |
| 11/01/11 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 36.31% | | | 2,841.32 | | | 8,093.58 |
| 11/01/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 36.31% | | | 1,085.64 | | | 7,007.94 |
| 11/01/11 | 001005 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000003, Payment 36.31% | | | 53.42 | | | 6,954.52 |
| 11/01/11 | 001006 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000004, Payment 36.31% | | | 191.61 | | | 6,762.91 |
| 11/01/11 | 001007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 36.31% | | | 164.70 | | | 6,598.21 |
| 11/01/11 | 001008 | SALLIE MAE C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Claim 000006, Payment 36.31% | | | 3,197.86 | | | 3,400.35 |
| 11/01/11 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP | Claim 000007, Payment 36.31% | | | 630.39 | | | 2,769.96 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-35936 -JPC |
| Case Name: | Quezada, Julio C |
| | Quezada, Glenda P |
| Taxpayer ID No: | *******9264 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7369 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 11/01/11 | 001010 | POB 3001 Malvern, PA 19355-0701 American Express Bank, FSB c o Becket and Lee LLP | Claim 000008, Payment 36.31% | | | 1,781.37 | | | 988.59 |
| 11/01/11 | 001011 | POB 3001 Malvern, PA 19355-0701 Elan Financial Services as servicer for USECU P.O. Box 5229 Cincinnati, OH 45201 | Claim 000009, Payment 36.31% | | | 988.59 | | | 0.00 |

| Account *******7369 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 Deposits | 0.00 | | 11 Checks | 14,000.40 | |
| 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 | |
| | | | 0 Transfers Out | 0.00 | |
| Subtotal | $ 0.00 | | | | |
| | | | Total | $ 14,000.40 | |
| 0 Adjustments In | 0.00 | | | | |
| 1 Transfers In | 14,000.40 | | | | |
| Total | $ 14,000.40 | | | | |

FORM 2                                                                                           Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 10-35936  -JPC |
| Case Name: | Quezada, Julio C |
| | Quezada, Glenda P |
| Taxpayer ID No: | *******9264 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7369  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | | 1 | Deposits | 14,000.00 | | 11 Checks | | 14,000.40 | |
|  | | 4 | Interest Postings | 0.40 | | 0 Adjustments Out | | 0.00 | |
|  | | | | | | 1 Transfers Out | | 14,000.40 | |
|  | | | Subtotal | $  14,000.40 | | | | | |
|  | | | | | | Total | | $  28,000.80 | |
|  | | 0 | Adjustments In | 0.00 | | | | | |
|  | | 1 | Transfers In | 14,000.40 | | | | | |
|  | | | Total | $  28,000.80 | | Net Total Balance | | $  0.00 | |